## Summons of Complaint

U.S. District Court for the Western District of Texas
Shareen Tarantino vs. Elon R. Musk
Case Number:

Shareen Tarantino
PO BOX 1285
Julian, CA 92036
760-815-0715

Vs.
Elon R. Musk
2110 Ranch Road 620 S. #341886
Austin, TX 78734

RECEIVED
MAR 03 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

1:25CV00335 DAE

02/28/2025

This is a civil action lawsuit against Elon R. Musk for Computer fraud and Abuse Act, Identity Theft and Assumption Deterrence Act, Electronic Communications Privacy Act, Stored Communications Act and Wiretap Act.

District 5 Jurisdiction: U.S. District Court – Western District of Texas

501 W 5th St STE 1100, Austin, TX 78701

Description: After purchasing Starlink September 2022 Elon Musk hacked into my phone, streaming device and computer. Communicated with me with all channels and shared my personal history and information with Hollywood and the public. He confirmed it was him through multiple forms of communication including a video call, a recorded voicemail and an actual telephone 30 second call. I do not wish to press criminal charges but will need compensation for the content and inspiration I provided across all channels.

$484 Million Dollars in fees owed

No Jury Demand

Shareen Tarantino, 3452 Wynola Road Julian, CA 92036

Mailing: PO BOX 1285 Julian CA 92036

_____  Date: 2/28/25
Signature

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

Austin Division

Shareen Tarantino v. Elon R. Musk

Civil Action No.

CERTIFICATE OF INTERESTED PERSONS

I, Shareen Tarantino the undersigned, certify that the following persons and entities have an interest in the outcome of this case:

1. Shareen Tarantino

2. Elon R. Musk

This certification is made in compliance with the court's order and the rules of the United States District Court for the Western District of Texas.

Dated: 02/28/2025

Shareen Tarantino

PO BOX 1285

Julian, CA

tarantino.shareen@gmail.com

760-815-0715